GEORGE DZUBAK, Respondent, *v.* WEST SIDE FOUNDRY COMPANY, Appellant.

*Dzubak* v. *West Side Foundry Co.*, 163 App. Div. 121, affirmed.
(Argued June 7, 1916; decided July 11, 1916.)

APPEAL from a judgment, entered July 3, 1914, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which reversed an order of the court at a Trial Term, setting aside a verdict in favor of plaintiff and granting a new trial and directed reinstatement of said verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. Plaintiff, a molder, fell while carrying molten metal and

was burned. The question at issue was whether or not the master failed to furnish a reasonably safe place to work.

*Charles Irving Oliver* for appellant.

*William H. Murray* and *Andrew J. Nellis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.